IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RYAN CARABOOLAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COLUMBIA DERMATOLOGY, LLC, a South Carolina limited liability company,<br><br>*Defendant.* | No. 1:23-cv-00138<br><br>Hon. Bridget M. Brennan<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Ryan Caraboolad hereby dismisses this action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 25th day of April, 2023.

Respectfully Submitted,

**RYAN CARABOOLAD**, individually and on behalf of those similarly situated individuals

By: /s/ *Brian Giles*

Brian T. Giles
Brian@gilesharper.com
Giles & Harper, LLC
7243 Beechmont Avenue,
Cincinnati, Ohio 45230
Telephone: (513) 379-2715

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*